IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| Alex D. Taylor,  ) | C/A No.: 1:11-1479-TLW-SVH |
| ) | |
| Plaintiff,  ) | |
| ) | |
| vs.  ) | |
| )  | ORDER |
| Thierry Nettles, Major; Leslie Davis, ) | |
| Lieutenant; V. Stafford, Sergeant, and ) | |
| Barry Robinson, Corporal, ) | |
| ) | |
| Defendants.  ) | |
| ) | |

Plaintiff, proceeding *pro se*, brought this civil rights action pursuant to 42 U.S.C. § 1983, alleging violations of his constitutional rights by employees of Lieber Correctional Institution ("LCI"). Before the court is Plaintiff's Motion to Compel [Entry #22]. All pretrial proceedings in this case were referred to the undersigned pursuant to the provisions of 28 U.S.C. § 636(b) and Local Civil Rule 73.02(B)(2)(d) (D.S.C.).

Plaintiff's motion to compel filed December 27, 2011, seeks responses to discovery issued on October 27, 2011. In their response to the motion, Defendants indicate counsel served discovery responses on Plaintiff on January 11, 2012. [Entry #25] Plaintiff did not file a reply brief. Therefore, Plaintiff's motion to compel [Entry #22] is denied as moot.

IT IS SO ORDERED.

January 24, 2012                              Shiva V. Hodges
Columbia, South Carolina              United States Magistrate Judge